An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNIE LEE PARHAM,
Petitioner,
vs.
THE STATE OF NEVADA; AND
ATTORNEY GENERAL OF THE STATE
OF NEVADA,
Respondents.

No. 63805

**FILED**

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a proper person petition for a writ of habeas corpus. Petitioner challenges the judgment of conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Challenges to the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus and filed in the district court in the first instance. *See* NRS 34.724(2)(b); NRS 34.738(1).[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

13-27726

cc:   Johnnie Lee Parham
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk